FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___K___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Christopher Velasquez.<br><br>  Defendant. | Case No.: CR 12-1135-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist/Calif.** for alleged violation(s) of the terms and conditions of (his)/her [probation]/(supervised release); and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **active failure to appear warrant, not candid about**

residential situation, prior failures to appear, ~~[struck]~~, no steady residence, nature of current allegations, insufficient bail resources

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: lengthy criminal history, current violation status

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/23/2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE